1032

THE STATE OF WASHINGTON, *Respondent*, v. DUSTY RAY GRANDLUND, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-00406-1, David A. Kurtz, J., entered August 25, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Spearman, A.C.J., and Cox, J.

THE STATE OF WASHINGTON, *Respondent*, v. E.W., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-8-04234-4, Christopher A. Washington, J., entered June 15, 2011. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. RANDY PERCY BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-10164-7, Mariane C. Spearman, J., entered September 7, 2011. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer and Verellen, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. GLENN TYLER SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-01395-7, Ronald L. Castleberry, J., entered September 14, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Spearman, A.C.J., and Schindler, J.